IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA OSTROFSKY,

    Plaintiff,                       No. CIV S-07-0987 MCE EFB PS

    vs.

CALIFORNIA DEPARTMENT
OF REHABILITATION,                  ORDER

    Defendant.
_____/

    This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On July 17, 2007, the court granted plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and dismissed her complaint with thirty days leave to file an amended complaint.

    On August 16, 2007, plaintiff filed a request for additional time to file an amended complaint. Good cause having been shown, plaintiff shall file an amended complaint within sixty days from the date of service of this order. No further extensions shall be granted.

    SO ORDERED.

DATED: August 31, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE