IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA OSTROFSKY,

       Plaintiff,                              No. CIV S-07-0987 MCE EFB PS

       vs.

DEPARTMENT OF REHABILITATION,
JOHN MARTIN, KELLY COOK, and
DOES 1 through 25, inclusive,

       Defendants.                     <u>ORDER</u>

_____/

       This action, in which plaintiff is proceeding pro se, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On July 17, 2007, the court granted plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and dismissed her complaint with leave to amend, for failure to comply with Fed. R. Civ. P. 8 and failure to state a claim.

       Plaintiff filed an amended complaint, which the court again dismissed with leave to amend. On February 1, 2008, the court noted that plaintiff's second amended complaint stated several claims for relief, but failed to state a claim under Title VII of the Civil Rights Act, 42 U.S.C. § 2000(e) for a "hostile work environment on the basis of plaintiff's disability." *See* 42 U.S.C. § 2000e-2(A)(1); *Smith v. Sacramento Unified Sch. Dist.*, No. CIV S-07-0628 MCE GGH

1

PS, 2007 U.S. Dist. LEXIS 85851, *10-11 (E.D. Cal. Nov. 9, 2007).

Although the court ordered plaintiff to file a third amended complaint correcting this deficiency, *see* 28 U.S.C. § 1915(e)(2), she has not done so. Her third amended complaint includes this same deficient claim. Despite her failure to revise her complaint, the court is directing service of the complaint on defendants, and will entertain early Rule 12 motions, or motions for summary judgment, as appropriate. The court cautions plaintiff that failure to obey court orders and to comply with the Federal Rules of Civil Procedure and this court's Local Rules may result in sanctions, including a recommendation of dismissal. *See* Local Rule 11-110.

Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or if the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant. The court reserves decision on these issues until the record is sufficiently developed.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to issue summons forthwith pursuant to Fed. R. Civ. P. 4.

2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, a copy of the third amended complaint, a form for consent to a magistrate judge, and this court's status order.

3. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process. Plaintiff is advised that the court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons;

    b. One completed USM-285 form for each defendant;

    c. A copy of the endorsed filed third amended complaint for each defendant, with an extra copy for the U.S. Marshal; and,

    d. A copy of this court's status order for each defendant.

1    4. The U.S. Marshal is directed to serve process and a copy of this court's status order,
2 within ninety days of receipt of the required information from plaintiff, without prepayment of
3 costs. In the event the U.S. Marshal is unable, for any reason whatsoever, timely to effectuate
4 service on any defendant, the Marshal is directed to report that fact, and the reasons for it, to the
5 undersigned.
6    5. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal,
7 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.
8 DATED: March 24, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3