1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LINDA OSTROFSKY,

11              Plaintiff,                    No. CIV S-07-0987 MCE EFB PS

          vs.

12

13   DEPARTMENT OF REHABILITATION,           ORDER TO SHOW CAUSE
     JOHN MARTIN, KELLY COOK, and
14   DOES 1 through 25, inclusive,

15              Defendants.
     _____/
16

17          This case was referred to the undersigned pursuant to Local Rule 72-302(c)(21).  *See* 28

18   U.S.C. § 636(b)(1).  On July 17, 2007, the court granted plaintiff leave to proceed *in forma*

19   *pauperis*, and ordered her to file an amended complaint.  After plaintiff lodged her third

20   amended complaint, the court entered an order on March 25, 2008, directing the Clerk to forward

21   to plaintiff a summons form and three USM-285 forms.  Pursuant to that order, within 15 days

22   from the date that order was filed, plaintiff was to provide the United States Marshal with the

23   information to complete service of process.  The court has not received a proof of service

24   showing that the defendants have been served, and the U.S. Marshal has no record of the

25   documentation being filed with their office.

26   ////

1

1    Plaintiff has failed to comply with the initial scheduling order filed on March 25, 2008.

2 That order directed plaintiff to complete service of process within 120 days, *see* Fed. R. Civ. P.

3 4(m), and scheduled a status conference for July 30, 2008.  The order further directed the parties

4 to file status reports by no later than fourteen days prior to the status conference, and cautioned

5 the parties that failure to obey the federal or local rules or orders of the court could result in

6 sanctions, including a recommendation that the case be dismissed.

7    The record shows that plaintiff has not served defendants, as ordered, and has also failed

8 to file the status report or otherwise apprise the court of the status of this case.

9    Accordingly, plaintiff is ordered to show cause, in writing, within twenty (20) days, why

10 this case should not be dismissed for failure to serve, failure to prosecute, and failure to obey

11 court orders.  *See* Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 41(b); Local Rule 11-110.  Failure to

12 comply with this order within the specified time shall result in a recommendation that this case

13 be dismissed.  Consistent this order, the status conference set for July 30, 2008, is vacated.

14    SO ORDERED

15 DATED:  July 25, 2008.

16

17    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26