IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA OSTROFSKY,

    Plaintiff,

vs.

DEPARTMENT OF REHABILITATION, JOHN MARTIN, KELLY COOK, and DOES 1 through 25, inclusive,

    Defendants.

        No. CIV S-07-0987 MCE EFB PS

ORDER

This case was referred to the undersigned pursuant to Local Rule 72-302(c)(21). *See* 28 U.S.C. § 636(b)(1). On July 17, 2007, the court granted plaintiff leave to proceed *in forma pauperis*, and ordered her to file an amended complaint. After plaintiff lodged her third amended complaint, the court entered an order on March 25, 2008, directing the Clerk to forward to plaintiff a summons form and three USM-285 forms. Pursuant to that order, within 15 days from the date that order was filed, plaintiff was to provide the United States Marshal with the information to complete service of process. Plaintiff failed to do so.

On July 25, 2008, the court issued an order directing plaintiff to show cause within twenty days, in writing, why this action should not be dismissed for failure to prosecute.

////

1

1  Plaintiff timely filed a written response, in which she indicated that she had been sick and
2  undergoing surgeries.  She provided notes from her doctor to support those assertions.
3      Good cause appearing, the order to show cause is discharged.  Plaintiff is directed to refer
4  to the court's March 25, 2008, order, and provide the United States Marshal with the information
5  to complete service of process consistent therewith.  Plaintiff shall do so within fifteen days from
6  the date of service of this order.  Failure to do so will result in a recommendation that this action
7  be dismissed.
8      SO ORDERED
9  DATED:  August 26, 2008.

10  EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE