IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA OSTROFSKY,

    Plaintiff,                      No. CIV S-07-0987 MCE EFB PS

    vs.

CALIFORNIA DEPARTMENT
OF REHABILITATION,                ORDER

    Defendant.
_____/

    Pursuant to plaintiff's request filed December 5, 2008, and for good cause shown, the filing deadline for plaintiff's opposition to defendants' motion to dismiss, scheduled for hearing on February 11, 2009, is hereby EXTENDED to January 7, 2009. Defendants' reply shall be filed on or before January 21, 2009.

    SO ORDERED.

DATED: December 11, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE