IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA OSTROFSKY,

    Plaintiff,                    No. CIV S-07-0987 MCE EFB PS

    vs.

CALIFORNIA DEPARTMENT
OF REHABILITATION,             <u>ORDER</u>

    Defendant.
_____/

    For good cause shown, based on plaintiff's second request for extension of time filed December 12, 2008, and this court's reassessment of deadlines set forth in its order filed December 11, 2008, the filing deadline for plaintiff's opposition to defendants' motion to dismiss, scheduled for hearing on February 11, 2009, is hereby extended to January 26, 2009. Defendants' reply shall be filed on or before February 4, 2009. *See* E. D. Cal. L. R. 78-230(b)-(d). Accordingly, plaintiff's request for extension of time [Dckt. No. 28], is HEREBY GRANTED.

    SO ORDERED.

DATED: December 17, 2008.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE