IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**LINDA OSTROFSKY,**

Plaintiff,

v.

**DEPARTMENT OF REHABILITATION, JOHN MARTIN, KELLY COOK, and DOES 1 through 25, inclusive,**

Defendants.

No. 2:07-cv-00987 MCE KJN PS

**ORDER**

Defendants' request to appear by telephone at the Mandatory Scheduling Conference set in this Court on August 12, 2010 at 10:00 a.m. in Courtroom number 25 is hereby GRANTED.[1]

Deputy Attorney General Michelle K. Littlewood will appear on behalf of all Defendants from phone number 559-477-1680.

Dated:  August 5, 2010

/s/ Kendall J. Newman
Magistrate Judge Kendall J. Newman

---

[1] The court is considering whether to issue a scheduling order in this action without conducting a scheduling conference.  The parties will be notified in the event that the scheduling conference is vacated.

1