IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA OSTROFSKY,

    Plaintiff,

vs.

DEPARTMENT OF REHABILITATION, et al.,

    Defendants.

No. 2:07-cv-00987 MCE KJN PS

ORDER

---

Pursuant to stipulation and waiver of the parties, Dkt. No. 63, a settlement conference is set in this action before the undersigned on October 19, 2010 at 9:00 a.m. The parties are directed to exchange non-confidential settlement conference statements seven days prior to this settlement conference. These statements shall simultaneously be delivered to the court. See Local Rules 270(d), (e). If a party desires to share additional confidential information with the undersigned it may do so pursuant to the provisions of Local Rule 270(d) and (e).

////
////
////
////

1

1 | Additionally, the date for the parties' Rule 26 disclosures is continued to
2 | November 15, 2010.
3 | DATED: August 30, 2010

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE