IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDA OSTROFSKY,** | Case No. 2:07-cv-00987-MCE-KJN |
| Plaintiff, | **ORDER** |
| v. | **(Fed. Rule Civ. Pro. 41(a))** |
| **DEPARTMENT OF REHABILITATION, JOHN MARTIN, KELLY COOK, and DOES 1 through 25, inclusive,** | |
| Defendant. | |

On November 10, 2010 plaintiff Linda Ostrofsky hereby voluntarily dismissed the instant action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  (Dkt. No. 68.) The Clerk of Court is hereby directed to close this case and vacate all pending dates.

**IT IS SO ORDERED**.

Dated: November 15, 2010

/s/ Kendall J. Newman
Kendall J. Newman,
Magistrate Judge
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA